JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALFARO, an individual, and; GLORIA REYES ALFARO, an individual,<br><br>     Plaintiffs,<br><br>vs.<br><br>ACCUBANC MORTGAGE a division of NATIONAL CITY BANK OF INDIAN DBA NATIONAL CITY MORTGAGE CO.; JPMORGAN CHASE, FA as an acquirer of certain assets and liabilities of WASHINGTON MUTUAL BANK, FA; WELLS FARGO BANK, NA; and DOES 1 to 50, Inclusive,<br><br>     Defendants. | Case No.: 8:12-cv-1446-JST(RNBx)<br>OCSC No. 30-2012-00568744<br><br>**ORDER ON STIPULATION OF THE PARTIES TO VOLUNTARILY REMAND THE ACTION TO STATE COURT** |

Having reviewed the Stipulation to Voluntarily Remand the Action to State Court (the "Stipulation") filed by Defendants WELLS FARGO BANK, N.A., by and through its attorneys, Wright, Finlay & Zak, LLP, Defendant JPMORGAN

CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Company as Receiver (erroneously sued as "JPMORGAN CHASE BANK, FA as an acquirer of certain assets and liabilities of WASHINGTON MUTUAL BANK, FA") ("JP MORGAN"), by and through its attorneys of record, Wargo & French LLP, and Plaintiffs LUIS ALFARO and GLORIA REYES ALFARO (collectively "Plaintiffs"), by and through their attorneys of record, Consumer Protection Assistance Coalition, Inc., and finding good cause appearing, the Court makes the following order:

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is REMANDED to the Orange County Superior Court.

Dated: October 9, 2012

_____
U.S. District Court Judge